PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Jonathan Davilla     Cr.: 20-00440-003
    PACTS #: 6565801

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2023

Original Offense:    Count One: Possession with Intent to Distribute Cocaine 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), a Class C Felony

Original Sentence: 18 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Other Condition, Other Condition

Type of Supervision: Supervised Release        Date Supervision Commenced: 01/10/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 28, 2024, Mr. Davilla began telehealth treatment sessions and participated in a total of four sessions. During treatment, Mr. Davilla was resistant. He expressed to both the clinician and the Probation Officer that he is currently aware and responsible enough to make better decisions, he will not allow other influences to jeopardize his term of supervised release. On April 1, 2024, the undersigned Probation Officer received an unsuccessful discharge summary from Somerset Psychological Group stating that although Mr. Davilla has been polite and pleasant, he is unwilling to engage with mental health treatment and was discharged. |

U.S. Probation Officer Action:

Mr. Davilla was verbally reprimanded for the above noted violation. He was encouraged to engage with the mental health treatment as he can gain long term benefits. Mr. Davilla respectfully declined the instructions and asked for the opportunity to prove himself. He will continue to be monitored through home and office visits as well as various collaterals contacts to ensure he remains in compliance with supervision. Mr. Davilla is currently employed and has stable housing. He also has a strong support system through family. We are not recommending any court action to be taken. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Prob 12A – page 2
Jonathan Davilla

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KIM Y. GRULLON
U.S. Probation Officer

/ kyg

APPROVED:

_____   04/12/2024
KEVIN M. VILLA                   Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

April 12, 2024
Date